Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Christopher R. Damron #64931060 )
FCI Gilmer )
PO Box 6000 )
Glenville WV, 26351 )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
                                               )
              Petitioner, )
Warden vs. )
R. Brown, )
(Name of Warden or other authorized person )
where you are incarcerated) )
              Respondent. )

**FILED**

MAY 13 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:24-cv-57
(to be assigned by Clerk)

Groh, Trumble, Sims

**Important notes to read before completing this form:**

★    Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.    This petition concerns (check the appropriate box):

    ☐ a conviction
    ☐ a sentence
    ☐ jail or prison conditions
    ☐ prison disciplinary proceedings
    ☐ a parole problem
    ☒ other, state briefly: Correction of Jail Time Credit, unwarrented Criminal history Point

**Attachment A**

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____

3. List the name and location of the court which imposed your sentence:
   Ohio Northern District Court
   Carl B. Stokes US Courthouse
   Cleveland Ohio

4. List the case number, if known: 5:17-CF-00290-1

5. List the nature of the offense for which the sentence was imposed:
   922(G)
   Felon in Poss. of A Firearm

6. List the date each sentence was imposed and the terms of the sentence:
   8/21/2019   100 Months Custody of B.O.P With Credit for Time Served, 3 years Supervised Release $100.00 Assement fee

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☒ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☒ Yes    ☐ No

10. If you did appeal, give the following information for each appeal:

   A. Name of Court: U.S Court of Appeals for Sixth Circuit
   B. Result: Affirmed
   C. Date of Result: July 17 2020
   D. Grounds raised (List each one): In Sufficient evidence Supported Appellant Constructive Poss. of the firearm

   Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

   ☒ Yes    ☐ No

   If your answer was yes, complete the following sections:

   A. First post-conviction proceeding:
      1. Name of Court: Ohio northern District

Attachment A

    2. Nature of Proceeding: 2255
    3. Grounds Raised: ineffective of counsel
    4. Did you receive an evidentiary hearing? ☐ Yes  ☒ No
    5. Result: Denied
    6. Date of Result: 9/30/2021

B. Second post-conviction proceeding:
    1. Name of Court: _____
    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes  ☐ No
    5. Result: _____
    6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes  ☒ No  Result: Didn't Know how
    2. Second proceeding: ☐ Yes  ☐ No  Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

    C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.

    D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.

    E.    There is an unlawful detainer lodged against me.

    F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

    G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.    Ground one: *BoP is responsible to calculate my time correctly and can't seem to get it done. All dates are wrong. which has extended my out date.*

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

*I did BP 8/9/10/11 looking to get my jail time credit fixed and somehow the answer to my BP 10 was that they did calculate wrong and the added close to 2 more months. Taking me from max date 1-20-27 to 3-3-27. They have all the dates wrong on where I was released from the state. The response part B states a 24 month term*

B.    Ground two: *6 months credit time calculated at commence of my arrest March 22-2017. Then states my time ended Nov. 1-2018 all this is wrong*

Ground Two:

**Attachment A**

My original issue was J.T.C. I'm missing alot of it I filed full BP administrative remedy process and it dont seem anyones actually looked at the dates or read transcripts.

Supporting facts:

At sentencing the Judge stated he was giving me full J+C for federal starting on Aug 2017. Sentencing Transcripts Page 13-14. Clearly show this full ~~~~ conversation in open court as to the proper Day + month + everybody's agreement. The B.O.P. has my credit starting on Nov. 2nd 2018. Thats all wrong

C. Ground three:

On my P.S.I. I was given a criminal history point for a crime that is not point worthy not then not now. It was a simple small fine I never even had to go to court. Let alone do any time or probation

Supporting facts:

I was given a 1 point misdemeanor point for a simple marijuana Poss. charge. I never went to court for charge, never did probation, never went to any Jail. I had it on me on a traffic stop. Was given a fine I payed it and it was over. Due to no probation, no jail It shouldnt never have been a criminal history point.

D. Ground four:

**Attachment A**

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome: **No**

_____
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☒ Yes   ☐ No

   1. If your answer to "A" above was yes, what was the result: **Denied and recalculated sentence to which added time to my sentence. And confused the situation more by scrambling and using alot of the wrong dates.**

**Attachment A**

2. If your answer to "A" above was no, explain:
_____
_____
_____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes    ☐ No

1. If your answer to "B" above was yes, what was the result:
I went Thru full B-P Process Twice + Got 2 Different responses. Both of which have my state release date wrong. which causes my fed. rel. date to be wrong. They actually added time to my out date due to everything being wrong + never calculated my J.T.C. Correctly.

2. If your answer to "B" above was no, explain:
_____
_____
_____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.
I would like a correctly calculated out date. with my proper Jail Time Credit Given To Me By Judge (see sentencing Transcripts Page 13 + 14)
_____
_____
_____
_____

**Attachment A**

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

    This is a Sentencing Issue Between The Petitioner AND The F.B.O.P for refusing to Give me my Correct Jail Time Credit And for All the wrong Dates on my Sentence Computation DATA sheets

Signed this 16th day of MARCh, 2024.
(day)   (month)   (year)

_Chris Damron_
Your Signature                Chris Damron

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: MArch 16th 2024   _Chris Da____
                                      Your Signature